```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01854
    LARRY D JOHNSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-7016

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/05/2007 and was confirmed 08/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was completed - no discharge 12/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
--------------------------------------------------------------------------
FRANKLIN CREDIT MANAGEME CURRENT MORTG         .00           .00         .00
VILLAGE OF RICHTON PARK  UNSECURED       NOT FILED           .00         .00
FRANKLIN CREDIT MANAGEME MORTGAGE ARRE      704.76           .00      704.76
ILLINOIS TITLE LOAN      SECURED VEHIC         .00           .00         .00
ILLINOIS DEPT OF REV     PRIORITY            1.49            .00        1.49
ILLINOIS DEPT OF REV     UNSECURED          35.41            .00       35.41
*RONALD B LORSCH         DEBTOR ATTY     2,874.00                    2,874.00
TOM VAUGHN               TRUSTEE                                       267.76
DEBTOR REFUND            REFUND                                        921.58

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 4,805.00

PRIORITY                                          1.49
SECURED                                         704.76
UNSECURED                                        35.41
ADMINISTRATIVE                                2,874.00
TRUSTEE COMPENSATION                            267.76
DEBTOR REFUND                                   921.58
                       ---------------    ---------------
TOTALS                  4,805.00              4,805.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01854 LARRY D JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                                                    PAGE   2
         CASE NO. 07 B 01854 LARRY D JOHNSON